1  COOLEY LLP
   JOHN W. CRITTENDEN (101634)
2  (jcrittenden@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
5  Facsimile:   (415) 693-2222

6  Attorneys for Plaintiff
   Foundation Capital, LLC
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 | FOUNDATION CAPITAL, LLC a California    Case No. 3:19-cv-05481-BLF
   | Limited Liability Company,
12 |                                          **NOTICE OF SETTLEMENT AND
   |            Plaintiff,                    REQUEST FOR DISMISSAL
13 |                                          WITHOUT PREJUDICE**
   |       v.
14 |
   | FOUNDATION CAPITAL, LLC, a Florida
15 | Limited Liability Company
16 |            Defendant.
17

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SETTLEMENT AND
REQUEST FOR DISMISSAL
CASE NO. 3:19-CV-05481-BLF

Plaintiff Foundation Capital, LLC ("Plaintiff") hereby notifies the Court that it has reached a settlement agreement with Foundation Capital, LLC ("Defendant") relating to all claims in this case. That agreement provides that the Plaintiff will dismiss the action with prejudice upon Defendant's written confirmation that it has complied with certain obligations under the parties' agreement. Plaintiff believes Defendant has performed its obligations, but has not received that written confirmation. In light of the upcoming deadline for service of the Complaint, Plaintiff therefore requests that the Court dismiss the action without prejudice to reopening the matter in the event the settlement is not consummated.

Dated:   November 21, 2019          COOLEY LLP
                                    JOHN W. CRITTENDEN
                                    COLETTE GHAZARIAN


                                    */s/ Colette Ghazarian*
                                    Colette Ghazarian
                                    Attorneys for Plaintiff
                                    Foundation Capital, LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

NOTICE OF SETTLEMENT AND
REQUEST FOR DISMISSAL
CASE NO. 3:19-CV-05481-BLF