COOLEY LLP
JOHN W. CRITTENDEN (101634)
(jcrittenden@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
Foundation Capital, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION CAPITAL, LLC a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDATION CAPITAL, LLC, a Florida Limited Liability Company<br><br>Defendant. | Case No. 3:19-cv-05481-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
REQUEST FOR DISMISSAL
CASE NO. 3:19-CV-05481-BLF

The Court, having reviewed the parties' Notice of Settlement and Request for Dismissal Without Prejudice, and for good cause appearing, hereby dismisses all claims in this action without prejudice.

IT IS SO ORDERED

Dated: November 21, 2019

_____
Hon. Beth L. Freeman
United States District Judge

2.

ORDER GRANTING
REQUEST FOR DISMISSAL
CASE NO. 3:19-CV-05481-BLF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO