1  COOLEY LLP
   JOHN W. CRITTENDEN (101634)
2  (jcrittenden@cooley.com)
   COLETTE GHAZARIAN (322235)
3  (cghazarian@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, CA 94111-5800
   Telephone:   (415) 693-2000
5  Facsimile:   (415) 693-2222

6  Attorneys for Plaintiff
   Foundation Capital, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FOUNDATION CAPITAL, LLC a California Limited Liability Company, | Case No. 3:19-cv-05481-BLF |
|---|---|
| Plaintiff, | **NOTICE OF SATISFACTION OF SETTLEMENT TERMS AND REQUEST FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| FOUNDATION CAPITAL, LLC, a Florida Limited Liability Company | |
| Defendant. | |

On November 21, 2019, Plaintiff Foundation Capital, LLC ("Plaintiff") notified the Court that it had reached a settlement agreement with Foundation Capital, LLC ("Defendant") whereby Plaintiff would dismiss the action with prejudice upon Defendant's written confirmation that it has complied with certain obligations under the parties' agreement. In light of the deadline for service of the Complaint, Plaintiff requested that the Court dismiss the action without prejudice to reopening the matter in the event the settlement is not consummated. The Court granted Plaintiff's request for dismissal without prejudice that same day.

Plaintiff hereby notifies the Court that it has received written confirmation of Defendant's compliance with its obligations under the parties' settlement agreement. Therefore, pursuant to its agreement with Defendant and Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff requests that the Court vacate its November 21, 2019 Order Granting Plaintiff's Request for Dismissal Without Prejudice and dismiss the action with prejudice as to all claims.

Dated:        December 3, 2019            COOLEY LLP
                                          JOHN W. CRITTENDEN
                                          COLETTE GHAZARIAN


                                          */s/ Colette Ghazarian*
                                          Colette Ghazarian
                                          Attorneys for Plaintiff
                                          Foundation Capital, LLC