COOLEY LLP
JOHN W. CRITTENDEN (101634)
(jcrittenden@cooley.com)
COLETTE GHAZARIAN (322235)
(cghazarian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
Foundation Capital, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDATION CAPITAL, LLC a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FOUNDATION CAPITAL, LLC, a Florida Limited Liability Company<br><br>Defendant. | Case No.  3:19-cv-05481-BLF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING
REQUEST FOR DISMISSAL
CASE NO. 3:19-CV-05481-BLF

1  The Court, having reviewed the parties' Notice of Satisfaction of Settlement Terms and
2  Request for Amended Dismissal With Prejudice, and for good cause appearing, hereby vacates its
3  November 21, 2019 Order Granting Plaintiff's Request for Dismissal Without Prejudice and
4  dismisses all claims in this action with prejudice.

6  IT IS SO ORDERED

Dated:     December 3    , 2019        /s/ Beth Labson Freeman
                                       Hon. Beth L. Freeman
                                       United States District Judge

Cooley LLP
Attorneys At Law
San Francisco

2.

ORDER GRANTING
REQUEST FOR DISMISSAL
Case No. 3:19-cv-05481-BLF